# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# NORTHERN DIVISION

| | |
|---|---|
| **DAVID A. CARNEY,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) No. 2:03CV002-SNL ) |
| **ALLEN WALKER, VICTORIA HESS, JIM LONG, MICHAEL THOMPSON, UNKNOWN WHITE, HEATH COOPER and CHARLES R. CARRIKER, JR.,** | ) ) ) ) ) |
| **Defendants.** | ) |

## ORDER

On April 6, 2005 the Court entered an order to show cause directing why plaintiff's request for entry of default against all defendants should not be granted. That order, #76, was improperly posted to this case and should have been posted, instead, to case no. 2:04CV92-SNL.

**IT IS THEREFORE ORDERED** that #76 is **WITHDRAWN** from this case and should be posted to case no. 2:04CV92-SNL.

Dated this    20th    day of May, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE