UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | | |
|---|---|---|
| DAVID A. CARNEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 2:03CV002-SNL |
| | ) | |
| ALLEN WALKER, VICTORIA HESS, | ) | |
| JIM LONG, MICHAEL THOMPSON, | ) | |
| UNKNOWN WHITE, HEATH COOPER | ) | |
| and CHARLES R. CARRIKER, JR., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

On May 17, 2004 the Court dismissed this case without prejudice at the request of plaintiff. Plaintiff asked the Court to set aside the dismissal on October 21, 2004 which request should be denied.

**IT IS THEREFORE ORDERED** that plaintiff's motion to set aside the judgment dismissing the case without prejudice is **DENIED**.

Dated this ___20th___ day of May, 2005.

```
                                    _____
                                    SENIOR UNITED STATES DISTRICT JUDGE
```