UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| DAVID A. CARNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 2:03CV002-SNL |
| ) | |
| ALLEN WALKER, VICTORIA HESS, ) | |
| UNKNOWN WHITE, JIM LONG, ) | |
| MICHAEL THOMPSON, HEATH COOPER, ) | |
| and CHARLES R. CARRIKER, JR., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

**IT IS HEREBY ORDERED** that the order to show cause issued by this Court on June 24, 2005 (#79) is **MOOT** as this order was docketed in the above-captioned case which was dismissed by this Court on May 17, 2005

The parties are advised that Case No. 2:04CV92-SNL is the only open case filed by David A. Carney before the undersigned judge. Any motions or requests should be filed using 2:04CV92-SNL.

Dated this ___28th___ day of July, 2005.

_____
SENIOR UNITED STATES DISTRICT JUDGE